[918 NE2d 945, 890 NYS2d 432]

ARTS4ALL, LTD., et al., Respondents, v JUDITH L. HANCOCK, Appellant, and Counterclaim Plaintiff-Appellant. DANIEL Y.C. NG et al., Additional Counterclaim Defendants, and PETER OSGOOD, Additional Counterclaim Defendant-Respondent.

Decided October 20, 2009

**APPEARANCES OF COUNSEL**

*Trachtenberg Rodes & Friedberg LLP*, New York City (*David G. Trachtenberg* of counsel), for appellant.

*Law Offices of Zachary R. Greenhill, P.C.*, New York City (*Zachary R. Greenhill* of counsel), for respondents.

**OPINION OF THE COURT**

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs, and certified question not answered as unnecessary. The courts below did not abuse their discretion in dismissing defendant's counterclaims pursuant to CPLR 3126 (3) (*see Arts4All, Ltd. v Hancock*, 12 NY3d 846 [2009]). Defendant's remaining argument is without merit.

Concur: Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES. Taking no part: Chief Judge LIPPMAN.